UNITED STATES DISTRICT COURT

**JAIME COLON**, individually and on
behalf of all similarly situated individuals,

       Plaintiff,

vs.

**LOOMIS ARMORED US, LLC,**

       Defendant.

---

## CONSENT TO JOIN

1.    Pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), I hereby consent to join and act as a plaintiff in the above-captioned lawsuit.

2.    I agree to be bound by any adjudication or court rulings in the lawsuit, whether favorable or unfavorable.

3.    I hereby designate the Sommers Schwartz, P.C. and Johnson Becker, PLLC law firms to represent me in the lawsuit under the terms and conditions set forth on the following page.

Signature: *[signed] Jaime Colon*

Print Name: Jaime colon

Street Address: 1 blue flag ln

City, ST, Zip: Godeffroy ny 12729

Email: Jandkcolon@gmail.com

Telephone: 8459786479

Date Signed: 9/20/2016