## First Pay Stub



**LOOMIS ARMORED US, LLC**
2500 CITYWEST BLVD, SUITE 900
HOUSTON, TX 77042

| | |
|---|---|
| CHECK NO: | A239194 |
| PAGE NUMBER: | 1 OF 1 |
| CHECK DATE: | 04/02/15 |
| PERIOD BEG/END: | 03/16/15-03/29/15 |
| PAY FREQUENCY: | BIWEEKLY |

JAMIE COLON
1 BLUE FLAG LN
GODEFFROY, NY 12729

ID NUMBER: 5120248129
BASE RATE: 13.2500

| | STATUS | EXEMPT | TAX ADJUSTMENTS | |
|---|---|---|---|---|
| FED: | SINGLE | 00 | FED: | ST1: |
| ST1: | SINGLE | 00 | DI/UC: | |
| ST2: | | | LOCAL: | |

STATE AND LOCAL CODES
PRI: NY  LOC1:  LOC3:
SEC:  LOC2:  LOC4:
 LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| CURRENT EARNINGS | | | |
| REGULAR | 13.2500 | 102.17 | 1353.75 |
| TOTAL HOURS WORKED | | 102.17 | |
| TOTAL CURRENT HOURS/EARNINGS | | 102.17 | 1353.75 |
| YEAR-TO-DATE EARNINGS | | | |
| REGULAR | | 496.67 | 6580.87 |
| TRAINING | | 86.77 | 1149.70 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 583.44 | 7730.57 |

#### PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K | 47.38- | 229.76- |
| TOTAL PRE-TAX ITEMS | 47.38- | 229.76- |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 83.94 | 479.30 |
| MEDICARE TAX | 19.63 | 112.09 |
| FED INC TAX | 164.95 | 939.68 |
| PRI-STATE TAX | 53.15 | 303.96 |
| SDI/UC TAX | 1.20 | 7.20 |
| TOTAL TAXES | 322.87 | 1842.23 |

#### AFTER-TAX DEDUCTIONS

| DESCRIPTION | |
|---|---|
| TOTAL DEDS | |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| 401K MATCH | 11.91 |
| PGROS | 1353.75 |
| YTD 401K MATCH | 57.57 |
| YTD PGROS | 7730.57 |

#### CURRENT NET PAY DISTRIBUTION

| DESCRIPTION | AMOUNT |
|---|---|
| C XXXXXXXXXXX3109 | 983.50 |
| CHECK AMOUNT | .00 |
| TOTAL CUR NET PAY | 983.50 |

## Second Pay Stub

**LOOMIS ARMORED US, LLC**
2500 CITYWEST BLVD, SUITE 900
HOUSTON, TX 77042

| | |
|---|---|
| CHECK NO: | A256837 |
| PAGE NUMBER: | 1 OF 1 |
| CHECK DATE: | 04/30/15 |
| PERIOD BEG/END: | 04/13/15-04/26/15 |
| PAY FREQUENCY: | BIWEEKLY |

JAMIE COLON
1 BLUE FLAG LN
GODEFFROY, NY 12729

ID NUMBER: 5120248129
BASE RATE: 13.2500

| | STATUS | EXEMPT | TAX ADJUSTMENTS | |
|---|---|---|---|---|
| FED: | MARRIED | 00 | FED: | ST1: |
| ST1: | SINGLE | 00 | DI/UC: | |
| ST2: | | | LOCAL: | |

STATE AND LOCAL CODES
PRI: NY  LOC1:  LOC3:
SEC:  LOC2:  LOC4:
 LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| CURRENT EARNINGS | | | |
| REGULAR | 13.2500 | 94.40 | 1250.80 |
| SICK | 13.2500 | 8.00 | 106.00 |
| HIRE BONUS | | | 500.00 |
| TOTAL HOURS WORKED | | 94.40 | |
| TOTAL CURRENT HOURS/EARNINGS | | 102.40 | 1856.80 |
| YEAR-TO-DATE EARNINGS | | | |
| REGULAR | | 690.40 | 9147.79 |
| SICK | | 8.00 | 106.00 |
| HIRE BONUS | | | 500.00 |
| TRAINING | | 86.77 | 1149.70 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 785.17 | 10903.49 |

#### PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K | 64.99- | 340.81- |
| PRETAX DENTAL | 27.69- | 83.07- |
| PRETAX MED | 200.31- | 600.93- |
| TOTAL PRE-TAX ITEMS | 292.99- | 1024.81- |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 100.99 | 633.61 |
| MEDICARE TAX | 23.61 | 148.18 |
| FED INC TAX | 149.48 | 1180.26 |
| PRI-STATE TAX | 69.76 | 396.67 |
| SDI/UC TAX | 1.20 | 9.60 |
| TOTAL TAXES | 345.04 | 2368.32 |

#### AFTER-TAX DEDUCTIONS

| DESCRIPTION | |
|---|---|
| TOTAL DEDS | |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| ACHB EE CONT | 200.31 |
| ACHB ER CONT | 268.15 |
| 401K MATCH | 16.34 |
| PGROS | 1856.80 |
| YTD ACHB EE CONT | 600.93 |
| YTD ACHB ER CONT | 804.45 |
| YTD 401K MATCH | 85.49 |
| YTD PGROS | 10903.49 |

#### CURRENT NET PAY DISTRIBUTION

| DESCRIPTION | AMOUNT |
|---|---|
| C XXXXXXXXXXXXX3109 | 1218.77 |
| CHECK AMOUNT | .00 |
| TOTAL CUR NET PAY | 1218.77 |