USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JAIME COLON, and other similarly-situated :
individuals, :     **ORDER CONDITIONALLY**
:     **CERTIFYING COLLECTIVE**
Plaintiff, :
:     16 Civ. 7350 (AKH)
-against- :
:
LOOMIS ARMORED US, LLC, :
:
Defendant. :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On November 16, 2016, plaintiff moved to conditionally certify a national collective consisting of all hourly armored vehicle drivers, guards, and messengers that worked for Loomis Armored US, LLC within the last three years. *See* Dkt. No. 14. On February 17, 2017, I denied that motion. *See* Dkt. No. 36. Following plaintiff's renewed motion for a more collective more limited in scope, it is hereby ordered that:

1. This action is conditionally certified as a representative collective action pursuant to the FLSA, 29 U.S.C. § 216(b), on behalf of all individuals who worked as hourly armored vehicle drivers, messengers, or guards for Loomis Armored, LLC at the Rock Tavern/Newburgh, New York location and drove or rode in a vehicle weighing less than 10,000 pounds from September 20, 2013 to present.

2. Within fourteen (14) days of entry of this order, defendant shall produce to plaintiff's counsel in Excel file format the names, last known address, alternate addresses (if any), all known email addresses, dates of employment, and job titles of each member of the putative collective.

3. Plaintiff shall revise the proposed notice so that it conforms with the definition of the collective stated in this order.

4. Upon revision, plaintiff's counsel may serve the notice by both regular mail and e-mail, simultaneously.

5. The signed consents to be filed with the court do not need to have notarized signatures.

6. The Court has approved an opt-in period of forty-five (45) days from the date the notice is mailed to the list of putative class members. The notice shall be mailed within 7 days of plaintiff's counsel receiving the relevant information from defendant.

SO ORDERED.

Dated:   May __, 2017
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge