# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
JAMIE COLON, and other similarly-situated :
individuals, :
: **DECLARATION OF CHARLES R.**
Plaintiff, : **ASH IV IN SUPPORT OF**
: **APPROVAL OF FLSA**
-against- : **SETTLEMENT**
:
LOOMIS ARMORED US, LLC, : 16 Civ. 7350 (AKH)
:
Defendant. :
------------------------------------------------------- X

### DECLARATION OF CHARLES R. ASH, IV

In accordance with 28 U.S.C. § 1746, I, **Charles R. Ash, IV**, first being duly sworn, deposes and states as follows:

1. I have been involved in this case from the beginning and I have personal knowledge of the events and facts described herein. I am over the age of 21, and could, if called to testify, attest to the events and facts described below.

2. This Declaration is filed to support the Joint Letter Motion for Approval of Settlement under the Fair Labor Standards Act ("FLSA").

3. I have been employed by the law firm of Sommers Schwartz, P.C. since April 2016. I am currently an associate with the firm. My Biography from the firm website is attached as **Tab A** to this declaration.

4. Sommers Schwartz, P.C. is a firm that primarily represents plaintiffs in complex employment, business, and personal injury litigation. Since 2013, I have represented numerous individuals in matters involving federal litigation. My primary practice is now 100% in class actions, including FLSA collective actions.

5. I am licensed to practice in the State of Michigan and have been so since June 1,

2010. I have been admitted *pro hac vice* or became a member of a particular federal district court in multiple federal courts.

6. I have reviewed time and expense records maintained by Plaintiffs' counsel in this case, and I am fully aware of the hours worked on this litigation and money spent on costs and expenses in this litigation.

7. Sommers Schwartz, P.C. first performed services in connection with this matter on July 18, 2016. This firm regularly counsels FLSA collective actions on a nationwide basis and at all times served as the lead law firm on this case.

8. The contemporaneous time records maintained by Sommers Schwartz for this matter indicate that Sommers Schwartz has reasonably expended at least 379.15 hours in furtherance of Plaintiff's claims, not including the additional time spent since May 14, 2018 and the further time anticipated in potentially attending a hearing regarding court approval of the settlement. Sommers Schwartz's lodestar as of May 14, 2018 is $115,929.75. All of these hours were/are reasonable and necessary for the successful recovery of Plaintiff's unpaid wages and liquidated damages. *See* **Tab B**.

9. The majority of the attorney hours expended on this file were incurred by myself. Other tasks were completed by Matthew Turner, who is a senior partner at Sommers Schwartz, P.C. who has extensive experience in class action wage and hour cases. Mr. Turner's Biography is also attached to this declaration as **Tab A**.

10. Additionally, the expense report maintained by Sommers Schwartz indicates that that Sommers Schwartz incurred $10,139.78 in expenses. All of these costs and expenses were/are reasonable and necessary for the successful recovery of Plaintiff's unpaid wages and liquidated damages. *See* **Tab B**.

11.  I have read the foregoing Joint Letter Motion for Approval of Settlement. I state that the contents thereof are true to the best of my knowledge, information and belief.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 14, 2018

                                                */s/ Charles R. Ash, IV*
                                                Charles R. Ash, IV

Case 1:16-cv-07350-AKH   Document 101-2   Filed 07/10/18   Page 4 of 19

# Exhibit A

   

**PROFILE**

# *Charles R. Ash, IV*

Associate
**Direct Dial**  (248) 746-4586
**Direct Fax**  (248) 936-2114
**Email**  crash@sommerspc.com

## Education

Western Michigan University - Cooley Law School, Juris Doctor, Lansing, Michigan
- Dean's List
- Alternative Dispute Resolution Board
- Intra-School Moot Court
- Intra-School Mock Trial

Eastern Michigan University, Bachelor of Business Administration, Ypsilanti, Michigan

- Major in International Business
- Minor in Spanish
- Eastern Michigan Club Soccer Team

## Bar Admissions

Michigan
U.S. District Courts - Eastern District of Michigan; Western District of Michigan; Northern District of Illinois; Western District of Michigan

**Pro Hac Vice Admission**:  U.S. District Courts - Northern District of California; Middle District of Florida; Southern District of Florida; Northern District of Georgia; Southern District of New York; Northern District of New York; Northern District of New York; Western District of North Carolina; District of South Carolina

## Areas of Practice

Class Action   ▪   Employment   ▪   Personal Injury

**Rob Ash** is an associate in Sommers Schwartz's Complex Litigation groups. A substantial portion of Rob's practice is devoted to collective and class actions arising under the Fair Labor Standards Act (FLSA) and similar state laws, and he appears in state and federal courts across the United States to represent employees against their corporate employers.

Rob also represents clients involved in personal injury actions and other kinds of employment disputes apart from wage and overtime abuse. Over the course of his career, he has recovered millions of dollars in settlements and verdicts for people who have been seriously injured as the result of automobile and trucking accidents, animal attacks, premises liability, and other acts of negligence. Rob has also obtained substantial recoveries for employees who were subjected to unlawful discrimination, whistleblower retaliation, and breach of contract.

A 2009 graduate of Western Michigan University - Cooley Law School, Rob was a moot court top advocate and awarded a certificate of merit in Business Organizations. He earned his Bachelor of Business Administration from Eastern Michigan University in 2005.

Outside of the office, Rob has been active in fundraising efforts on behalf of the American Red Cross and was named a "Hero of the Red Cross" by the Lansing State Journal.

## MEMBERSHIPS

- State Bar of Michigan
    - Labor & Employment Law and Young Lawyers Sections
- Michigan Association for Justice





Medical Malpractice    Personal Injury



# *Matthew Turner*

Shareholder
**Direct Dial**  (248) 746-4039
**Direct Fax**  (248) 936-1973
**Email**  mturner@sommerspc.com

### Education
Detroit College of Law, Juris Doctor, summa cum laude
   - Detroit College of Law Class of 1961 Cup
   - Detroit College of Law William B. Giles Award
   - American Jurisprudence Award- Torts
   - American Jurisprudence Award-Legal Profession
Ohio State University, Bachelor of Science

### Areas of Practice
Medical Malpractice
Personal Injury

## PROFILE

**Bar Admissions**

| | |
|---|---|
| Michigan | U.S. Sixth Circuit Court of Appeals |
| U.S. Supreme Court | U.S. District Court for the Eastern District of Michigan |
| U.S. Third Circuit Court of Appeals | U.S. District Court for the Western District of Michigan |
| | U.S. District Court for the Northern District of Ohio |

**Matthew Turner** is a shareholder with Sommers Schwartz, and focuses his practice on medical malpractice, legal malpractice, ERISA, and class action matters.

Fighting for and protecting the rights of his clients is the most important part of Matt's profession. During law school, he was a law clerk for Oakland County Circuit Court Judge Richard Kuhn, and after graduation, he joined his family's law firm where he litigated a broad range of matters involving business disputes, employment discrimination, dental malpractice, auto accident, slip and fall, and significant cases of death and catastrophic loss.

Matt has appeared before the United States Supreme Court, and prevailed in a 9-0 decision establishing precedent that has been followed throughout the country. He has argued a number of appeals before the Michigan Supreme Court, the United States Sixth Circuit Court of Appeals, and the Michigan Court of Appeals. At the trial level, he obtained a verdict in excess of $1 million dollars in a medical malpractice case, and has secured a number of other highly successful trial verdicts and settlements.

In addition to his legal career, Matt has been a varsity high school football coach for over 20 years. In 2002, the Michigan High School Football Coaches Association named him an Assistant Coach of the Year. He currently serves as the offensive line coach and offensive coordinator at Birmingham Groves High School.

## ACCOMPLISHMENTS

- Serbay v. DialogDirect, Inc. (Class Counsel)
- Padan v. West Corporation (Class Counsel)
- Atkinson v. TeleTech, LLC (Class Counsel)
- Toliver v. JBS Plainwell, Inc. et al (Class Counsel)
- Terry v. TMX Finance LLC et al (Class Counsel)
- 2016: $3.5 million class action settlement on behalf of Teletech home-based customer service agents who claimed their employer unlawfully withheld compensation in violation of the Fair Labor Standards Act's wage and hour provisions
- 2016: $855,000 verdict in a wrongful death case alleging an oral surgeon's failure to diagnose cancer of the tongue
- 2015: $475,000 personal injury settlement on behalf of a man rendered blind in one eye when struck by a vacuum cleaner attachment
- 2014: $360,000 class action settlement on behalf of call center employees claiming to have been denied overtime pay in violation of the federal Fair Labor Standards Act
- 2014: $1.86 million medical malpractice settlement for the estate of a man who died three weeks after an elective surgery for which the defendant anesthesiologist should not have cleared him
- 2014: $96,000 verdict for a plaintiff who sustained permanent physical injury, mental anxiety, depression, and economic loss when his motorcycle was struck after the defendant driver ran a red light
- 2014: $337,500 settlement for a man who failed to receive timely treatment of an ulcer due to a hospital laboratory's failure to report a finding of MRSA on the culture, resulting in a systemic infection, permanent damage to his right eye, and significant tissue damage to his right knee
- 2014: $250,000 hospital malpractice settlement for a woman who developed pressure sores and contractures during recovery from a hip fracture and corrective surgery, all due to the defendant's failure to take precautions to prevent the pressure ulcers
- 2014: $82,500 medical malpractice settlement on behalf of a woman who claimed that her internal medicine physician failed to timely advise her of test results showing a cancerous mass on her ovary
- 2014: $300,000 hospital malpractice settlement for a man injured when a nursing staff's negligence in placing an IV resulted in compartment syndrome requiring fasciotomy procedures and causing development of extensive scarring and nerve and muscle damage
- 2014: Significant class action verdict involving claims that food-processing workers were required to put on or "don" protective gear at the beginning of their shifts and remove or "doff" the gear after their shifts ended, but were not paid for the time spent conducting these tasks
- 2013: $275,000 medical malpractice settlement for a woman who suffered a brachial plexus injury requiring surgery and extensive rehabilitation due to an ER physician's unsuccessful attempts to put her dislocated shoulder back in place
- Assistant Coach of the Year, Michigan High School Football Coaches Association, 2002

**Honors/Awards**
- Super Lawyers (Michigan) – 2007 - Present
- AV Preeminent Lawyer – Peer Review Rating of 5.0 out of 5.0 (Martindale-Hubbell)

**Seminars/Lectures**
- State Bar of Michigan Negligence Law Section's Lien Seminar (October 2017)
- "Advanced Trial Skills – Voir Dire," Federal Bar Association of the Western District of Michigan (November 2016)
- Great Lakes Mass Torts Institute
- Michigan Association for Justice, Medical Malpractice Seminar
- Michigan High School Football Coaches Association Clinic
- Contributor, Fox 2 News

## MEMBERSHIPS

- State Bar of Michigan
- Michigan Association for Justice - Former Executive Board Member
- American Association for Justice
- American Board of Trial Advocates
- Case Evaluator – Wayne, Oakland, and Macomb County Circuit Courts
- Assistant Varsity Football Coach, Offensive Coordinator – Birmingham Groves High School
- Board Member – Hickory Point Homeowners Association
- Former Assistant High School Football Coach for Bloomfield Hills Andover High School, Dublin (Ohio) High School, Birmingham Seaholm High School, and Troy Athens High School

  

# Exhibit B



S2 Work in Process - Summary

004241 - 000001

Colon, Jaime - Loomis

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

# FEES

| Timekeepers | | HoursWorked | Hours toBill | Rate | Amount |
|---|---|---|---|---|---|
| 0382 | Young, Jesse L. | 4.10 | 4.10 | $445.33 | $1,814.00 |
| 0567 | Koehler, Janice | 12.10 | 12.10 | $65.00 | $786.50 |
| 0584 | Nichols, Debbie A. | 79.20 | 79.20 | $150.00 | $11,880.00 |
| 0383 | Ash, Rob | 195.70 | 195.70 | $262.68 | $51,560.00 |
| 0190 | Young, Lance C | 7.50 | 7.50 | $685.00 | $5,137.50 |
| 0195 | Turner, Matthew L | 51.75 | 51.75 | $670.00 | $34,353.75 |
| 0594 | Stewart, Veronica L. | 0.60 | 0.60 | $175.00 | $105.00 |
| 0390 | Pioch, Neil B | 28.20 | 28.20 | $365.00 | $10,293.00 |
| | **FEE TOTALS** | 379.15 | 379.15 | | $115,929.75 |

# EXPENSES

| Exp Code | | Amount |
|---|---|---|
| 030 | Postage | $811.17 |
| 035 | Cont.admin,post,class,notice | $4,683.68 |
| 060 | Photocopy | $12.00 |
| 100 | Outstate travel | $1,116.45 |
| 110 | Air fare | $2,035.00 |
| 120 | Local travel | $145.51 |
| 125 | Lodging | $335.13 |
| 135 | Meals | $90.09 |
| 210 | Filing fee | $600.00 |
| 230 | Admission & pro hac fees | $10.00 |
| 421 | Online Resrch-Lexis/West | $85.20 |



**S2 Work in Process - Summary**

004241  -  000001

Colon, Jaime  -  Loomis

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

| Exp Code | | Amount |
|---|---|---|
| | Paid | |
| 495 | Publications & on line media | $215.55 |
| **EXPENSE TOTALS** | | $10,139.78 |

| Last Time Entered | Last Exp Entered | Last Bill Sent | Last Pmt Received |
|---|---|---|---|
| 05/14/2018 | 03/08/2018 | 01/01/1900 | 01/01/1900 |

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Bill Total |
|---|---|---|---|---|---|
| **Matter Totals** | 379.15 | 379.15 | $115,929.75 | $10,139.78 | $126,069.53 |

# Nicholas Conlon Declaration

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
JAMIE COLON, and other similarly-situated :
individuals, :
                                                           : **DECLARATION OF NICHOLAS**
                              Plaintiff, : **CONLON IN SUPPORT OF**
                                                           : **APPROVAL OF FLSA**
-against- : **SETTLEMENT**
                                                           :
LOOMIS ARMORED US, LLC, : 16 Civ. 7350 (AKH)
                                                           :
                                      Defendant. :
------------------------------------------------------- X

I, **NICHOLAS CONLON**, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the matters stated herein. If called upon to testify before this Court, I would and could do so.

2. I am an Associate for JTB Law Group, LLC from July 2014 through present, and have been directly involved in this action from its inception.

### JTB LAW GROUP'S QUALIFICATIONS

3. Jason T. Brown founded JTB Law Group LLC in 2013. JTB Law Group LLC currently employs seven (7) attorneys, one (1) of-counsel and seven (7) staff members in its office in Jersey City, New Jersey. Since 2013, the Firm has handled complex litigation such as mass torts and class actions, with a primary focus pharmaceutical mass torts and wage-and-hour collective and class actions. *See e.g. Shaver v. Gills Eldersberg, Inc.*, et al., No. 1:14-cv-03977-ELH (D. Md.); *Atkinson v. Teletech, LLC*, et al., No. 14-cv-253 (S.D. Ohio); *Hartford v. NTN Driveshaft, Inc.*, No. 1:14-cv-00001-SEB-TAB (S.D. Ind); *Dunagan v. Ryder Integrated Logistics, Inc.*, No.: 4:13-cv-03496 (S.D. Tx.); *Cerrato v. Alliance Material Handling Inc. et al.*, No.: 1:13-cv-02774-WDQ (D. Md.); *Gittens v. RM HQ, LLC*, 1:13-cv-04649 (S.D.N.Y.); *Orakwue et al v. Selman Associates, LTD, et al.*, No. 2013-cv-00052 (W.D. Tex.); *Drummond et*

1

*al v. Hartford Financial Services Group, Inc. et al*, 3:14-cv-01837 (D. Conn.). In addition, JTB Law Group regularly handles consumer fraud cases, cases under the Fair Credit Report Act, *qui tam* cases under the False Claims Act, and various types of whistleblower cases.

4.  Jason T. Brown is the head of JTB Law Group LLC and the firm's senior litigator. He graduated from Rutgers School of Law-Camden, and has been practicing law for over twenty (20) years, since 1996, often handling complex civil ligation and class actions with many wage and hour class and collective actions certified and successfully settled. He also served as a Legal Advisor and Special Agent for the Federal Bureau of Investigation (FBI). He has successfully litigated wage and hour actions nationwide as the lead counsel with each case having its own level of complexity. In addition to the cases cited above, these cases include: *Eshelman, et al. v. Client Services, Inc., et al.,* No. 0822-CC-00763 in the Twenty-Second Judicial District of the Missouri Circuit Court, *Miller, et al. v. Aon Risk Services Companies, Inc., et al.,* No. 1:08-cv-05802 (N.D. Ill.), and *Lambert, et al. v. Sykes Enterprises, Incorporated,* No. 4:11-cv-00850 BSM (E.D. Ark.). He also served as a member of the Plaintiffs' Steering Committee in *In Re Nuvaring® Products Liability Litigation*, No. 4:08-md-1964 (E.D. Mo).

5.  Mr. Brown has been and presently is a member of good standing of the bars of the following jurisdictions: State of New Jersey, the State of New York, the Commonwealth of Pennsylvania, the State of Illinois, and the District of Columbia, as well as the United States District Courts for the District of New Jersey, the Eastern, Western, Northern, and Southern Districts of New York, the Eastern, Western, and Middle Districts of Pennsylvania, the Northern District of Florida, the Northern District of Ohio, the District of Colorado, the Eastern and Western Districts of Wisconsin, the Northern District of Illinois, the Eastern and Western Districts of Michigan, the Court of Federal Claims, and the United States Court of Appeals for

both the First and Third Circuits.

6. I have been an Associate for JTB Law Group, LLC since July 2014 and currently serve as the Chair of JTB Law Group's Wage & Hour Department. Prior to working for JTB Law Group, I graduated from the Benjamin N. Cardozo School of Law in 2012 and then served as a Volunteer Assistant for the New Jersey Attorney General, Public Utilities Section. As an Associate for JTB Law Group, I have worked on many wage and hour actions with successful recovery for the plaintiffs, such as *Joseph, et al. v. James Robinson*, 15-22433-CIVGOODMAN (S.D. Fla.); *Atkinson*, *supra*; *Hartford*, *supra*; *Voss v. Alcon Laboratories, Inc.*, No. 16-cv-02040 (SRN/TNL) (D. Minn.); *Telcy v. Lee & Kim, Inc.*, No. 1:15-cv-09288-AKH (S.D.N.Y.); *Balderas v. Beto's Mexican Food, LLC*, No. 2:16-cv-00236 (D. Utah); *English, et al. v. ALSCO, Inc.*, No. 1:16-cv-04910 (N.D. Ill.); *Chimbay, et al v. Pizza Plus at Staten Island Ferry Inc.*, No. 1:15-cv-02000 (S.D.N.Y.); *Gittens v. Atlantic Yards Plaza, LLC*, No. 14-CV-4589 (E.D.N.Y); *Morgan v. Edegree Advisor, LLC*, *et al*, No. 7:16-cv-05016 (S.D.N.Y.).

7. I have been and presently am a member of good standing of the bars of the following jurisdictions: the State of New Jersey, the State of New York, and the United States District Courts for the District of New Jersey, the Eastern and Southern Districts of New York, the Eastern and Western Districts of Michigan, the District of Colorado, the District of North Dakota, and the Eastern District of Wisconsin, and the Court of Federal Claims.

8. Ching-Yuan ("Tony") Teng has been an Associate for JTB Law Group, LLC since December 2017. Prior to that, Mr. Teng was a law clerk to Jason T. Brown, Esq., the head of the firm for 9 years, after obtaining his LL.M. degree from American University Washington College of Law in 2008. Mr. Teng has over 9 years of experience working on the firm's wage and hour cases including major Rule 23/FLSA Collective action lawsuits filed nationwide. Mr.

Teng is a member of good standing of the bar of New York State.

9. Christy Weser formerly worked as an administrative assistant for JTB Law Group.

10. JTB Law Group's contemporaneous time records for this matter indicate that JTB Law Group has reasonably expended at least 20.7 hours in furtherance of Plaintiff's claims, not including the additional time spent since May 11, 2018 and the further time anticipated in potentially attending a hearing regarding court approval of the settlement. JTB Law Group's lodestar as of May 11, 2018 is $5,977.50:

| Person | Rate | Hours | Total |
|---|---|---|---|
| Jason Brown | 600.00 | 0.6 | $360.00 |
| Patrick Almonrode | 425.00 | 0.3 | $127.50 |
| Nicholas Conlon | 300.00 | 16.20 | $4,860.00 |
| Tony Teng | 200.00 | 2.7 | $540.00 |
| Christy Weser | 100.00 | 0.9 | $90.00 |
| Total | | 20.7 | $5,977.50 |

11. JTB Law Group's cost/expense records for this matter indicate that JTB Law Group has reasonably incurred $553.07 in furtherance of Plaintiffs' claims. These expenses consisted of the complaint filing fee, process server fees for serving the complaint and summons, postage, and meals. All of these costs and expenses were/are reasonable and necessary for the successful recovery of Plaintiff's unpaid wages and liquidated damages.

4

5

12. I declare under penalties of perjury that the foregoing statements are true and accurate.

Executed on <u>May 17, 2018</u>

<u>/s Nicholas Conlon</u><br>
Nicholas Conlon